IN THE UNITED STATES DISTRICT COURT OF NEW MEXICO
FOR THE DISTRICT OF NEW MEXICO

SANDRA POMMER-HEBERT,
individually,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　No. 2:21-cv-01092-SMV-CG

PATRICK D. BOOS, individually,
TEXAS PRIDE FUELS, LTD a domestic
limited partnership, and ARCHER COUNTY
BOYS LLC, a limited liability corporation,

    Defendants.

## ORDER OF DISMISSAL

THIS MATTER, having come before the Court upon the Stipulation of Dismissal ("Stipulation") filed by Plaintiff Sandra Pommer-Hebert and Defendants Patrick D. Boos, Texas Pride Fuels, LTD, and Archer County Boys, LLC (together, "Defendants"), and the Court, having reviewed the Stipulation and being fully advised in the premises, FINDS and CONCLUDES that:

1. The Court has jurisdiction over the parties to and the subject matter of the above captioned cause of action; and

2. The Stipulation is well taken and should be approved.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the Stipulation shall be and hereby is approved and that the above-captioned cause of action shall be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

                                              *[signature]*

                                      **STEPHAN M. VIDMAR**
                                      **UNITED STATES MAGISTRATE JUDGE**

Approved:

CARUSO LAW OFFICES, P.C.

By: */s/ Meaghan T. Baca*
Meaghan T. Baca
Mark J. Caruso
4302 Carlisle Blvd NE
Albuquerque, NM 87107
Tel: 505-883-5000
Fax: 505-883-5012
meaghan@carusolaw.com
mark@carusolaw.com
*Attorneys for Plaintiff*


SAUCEDOCHAVEZ, P.C.

By:*/s/ Brian Griesmeyer*
Brian Griesmeyer
Chris T. Saucedo
Post Office Box 30046
Albuquerque, NM 87190
Tel: (505) 338-3945
bgriesmeyer@saucedochavez.com
csaucedo@saucedochavez.com
*Attorneys for Defendants*